IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAMROW FARMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3044 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Numbers 34 and 35 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 34 and 35 from the record.

DATED this 29th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge