IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WAYNE ABRAHAMSON, BERGMAN BROTHERS, and WAYNE CARLSON, | ) ) ) ) | **4:05CV3039** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |
| _____ | ) ) | |
| PHILLIP M, KELLY, as Trustee of the bankruptcy estate of DENNIS R. DAMROW, together with SHERRY DAMROW, as their interests may be established, | ) ) ) ) ) ) | **4:05CV3040** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FIRST NATIONAL BANK OF HOLDREGE, KENNETH SLOMINSKY, ERIC TITUS, RONALD STERR, TIM WIEBE, JEANETTE HARDEN, KIRK RILEY, MARK UTTER, and DOUGLAS SCOTT LATTER, | ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |
| _____ | ) | |

| | | |
|---|---|---|
| DONALD DAMROW, | ) | **4:05CV3041** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF | ) | **MEMORANDUM** |
| HOLDREGE, KENNETH | ) | **AND ORDER** |
| SLOMINSKY, ERIC TITUS, | ) | |
| RONALD STERR, TIM WIEBE, | ) | |
| JEANETTE HARDEN, KIRK | ) | |
| RILEY, MARK UTTER, and | ) | |
| DOUGLAS SCOTT LATTER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| MARTIN DAMROW, | ) | **4:05CV3042** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF | ) | **MEMORANDUM** |
| HOLDREGE, KENNETH | ) | **AND ORDER** |
| SLOMINSKY, ERIC TITUS, | ) | |
| RONALD STERR, TIM WIEBE, | ) | |
| JEANETTE HARDEN, KIRK | ) | |
| RILEY, MARK UTTER, and | ) | |
| DOUGLAS SCOTT LATTER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DAMROW and DAMROW, a ) **4:05CV3043**
General Partnership, )
                     )
        Plaintiff,   )
                     )
   vs.               )
                     )
FIRST NATIONAL BANK OF ) **MEMORANDUM**
HOLDREGE, KENNETH    ) **AND ORDER**
SLOMINSKY, ERIC TITUS, )
RONALD STERR, TIM WIEBE, )
JEANETTE HARDEN, KIRK )
RILEY, MARK UTTER, and )
DOUGLAS SCOTT LATTER, )
                     )
        Defendants.  )
_____ )
                     )
DAMROW FARMS, a      ) **4:05CV3044**
General Partnership, )
                     )
        Plaintiff,   )
                     )
   vs.               )
FIRST NATIONAL BANK OF ) **MEMORANDUM**
HOLDREGE, KENNETH    ) **AND ORDER**
SLOMINSKY, ERIC TITUS, )
RONALD STERR, TIM WIEBE, )
JEANETTE HARDEN, KIRK )
RILEY, MARK UTTER, and )
DOUGLAS SCOTT LATTER, )
                     )
        Defendants.  )
_____ )

In the opinions I issued in these cases last Friday, I mistakenly stated that I was dismissing the "unjust enrichment" claims for failure to comply with Rule 41(b) as well as for failure to state a claim under Rule 12(b)(6).  (*See* pages four and twenty-two of the opinions.)   That was erroneous.   I dismissed the "unjust enrichment" claims solely because they failed to state a claim under Rule 12(b)(6).  (*See* pages 4, 13, 14 and 22 of the opinions.)  I apologize for this error and the resulting confusion. Therefore,

IT IS ORDERED that the opinions (filing 44 in 4:05CV3039; filing 46 in 4:05CV3040; filing 41 in 4:05CV3041; filing 40 in 4:05CV3042; filing 43 in 4:05CV3043; and filing 45 in 4:05CV3044) in these cases are amended to make clear that the "unjust enrichment" claims are dismissed solely for failure to state a claim under Rule 12 (b)(6).  The Clerk is directed to modify the docket entry for each of the opinions accordingly. Amended judgments will not be filed.[1]

February 6, 2006.                    BY THE COURT:

                                     *s/Richard G. Kopf*
                                     United States District Judge

---

[1]The judgments filed in this case do not states the specific reasons for their entry and thus no amendment need be made to them.